JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CV 13-2224 FMO (AJWx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ANGIE BELTRAN, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed.

Dated this 24th day of January, 2014.

/s/
Fernando M. Olguin
United States District Judge